UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 3:19-CR-64 |
| | ) |
| DOMINIQUE McKENZIE | ) |

## O R D E R

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) accept Defendant's plea of guilty to the charge in Count 1 of the Indictment, charging him with knowingly making a false statement in ATF Form 4473 on February 26, 2019, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and adjudicate him guilty of that charge; (3) accept Defendant's plea of guilty to the charge in Count 5 of the Indictment, charging him with knowingly making a false statement in AFT Form 4473 on March 29, 2019, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and adjudicate him guilty of that charge; and (4) find Defendant shall remain on bond until sentencing in this matter [Doc. 84]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 10] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) The plea hearing in this case could not be further delayed without serious harm to the interests of justice.

(2) Defendant's plea of guilty to the charge in Count 1of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count 1 of the Indictment, that is, knowingly making a false statement in ATF Form 4473 on February 26, 2019, in violation of 18 U.S.C. §§ 922(a)(2) and 924(a)(2);

(3) Defendant's plea of guilty to the charge in Count 5 of the Indictment is **ACCEPTED;**

(4) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count 5 of the Indictment, that is, knowingly making a false statement in ATF Form 4473 on March 29, 2019, in violation of 18 U.S.C. §§ 922(a)(2) and 924(a)(2); and

(4) Defendant **SHALL REMAIN ON BOND** until sentencing in this matter.

**SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**